| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 06 CR 50025-01 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 3:13-00251-01 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Phillip D. Barmore | DISTRICT Illinois Northern | DIVISION Western |
|---|---|---|
| | NAME OF SENTENCING JUDGE Philip G. Reinhard | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM June 7, 2013 / TO June 6, 2018 |

OFFENSE

Possession with Intent to Distrubute Cocaine Base and Possession of a Firearm in Relation to a Drug Trafficking Crime

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **Northern District of Illinois**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **Middle District of Tennessee** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_July 11, 2013_
Date

_[signature]_
United States District Judge
Philip G. Reinhard

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **Middle District of Tennessee**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_12-9-13_
Effective Date

_[signature]_
United States District Judge